Form 1-1

## UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

DANFOSS LLC,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

**S U M M O N S**

Ct. No. 23-cv-00214

**TO**: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Memphis, TN | Center (if known): | CEE010 - Machinery |
| Protest Number: | 2006-20-103898 | Date Protest Filed: | 6/17/2020 |
| Importer: | Danfoss LLC | Date Protest Denied: | 6/21/2023 |
| Category of Merchandise: | Scroll-type/scroll compressors | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9PM26395717 | 3/5/2019 | 12/20/2019 | | | |

**Continued on Form 1-3**

Port Director
U.S. Customs and Border Protection
Port of Memphis
2813 Business Park Drive, Building 1
Memphis, TN 38118

William R. Rucker
Faegre Drinker Biddle & Reath
320 S. Canal Street, Ste. 3300
Chicago, IL 60606-5707
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Scroll compressors/Scroll-type compressors | 9903.88.01 | 25% Section 301 duty rate | 9903.88.14 | Excluded from Section 301 duties |
| | 8414.30.8070/ 8414.30.8080 | Free | 8414.30.8080 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Liquidation with assessment of Section 301 tariffs – the subject products are properly classified under HTSUS subheading 8414.30.8080 and are excluded from Section 301 tariffs.

The issue which was common to all such denied protests: Exclusion from Section 301 tariffs.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____/s/ Wm. Randolph Rucker_____
*Signature of Plaintiff's Attorney*

_____October 6, 2023_____
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

**CEE010 - Machinery**
Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2006 | 2006-20-103910 | 9PM26426603 | 7/7/2019 | 12/20/2019 | 6/17/2020 | 6/21/2023 |
| 2006 | 2006-20-103916 | 9PM26435786 | 8/13/2019 | 12/20/2019 | 6/17/2020 | 4/18/2023 |
| 2006 | 2006-20-103919 | 9PM26439713 | 8/31/2019 | 12/20/2019 | 6/17/2020 | 6/12/2023 |
| 2006 | 2006-20-103922 | 9PM26388019 | 1/20/2019 | 12/20/2019 | 6/17/2020 | 6/21/2023 |
| 2006 | 2006-20-102676 | 9PM26386575 | 1/13/2019 | 12/6/2019 | 3/30/2020 | 7/27/2023 |
| 2006 | 2006-20-102206 | 9PM26366288 | 10/18/2018 | 9/13/2019 | 3/6/2020 | 7/7/2023 |
| 2006 | 2006-20-102223 | 9PM26369118 | 11/4/2018 | 9/27/2019 | 3/9/2020 | 7/7/2023 |
| 2006 | 2006-20-102586 | 9PM26371791 | 11/24/2018 | 10/18/2019 | 3/25/2020 | 7/7/2023 |
| 2006 | 2006-20-102588 | 9PM26379596 | 12/19/2018 | 11/15/2019 | 3/25/2020 | 7/7/2023 |
| 2006 | 2006-20-102653 | 9PM26370850 | 11/7/2018 | 10/4/2019 | 3/30/2020 | 7/7/2023 |
| 2006 | 2006-20-102674 | 9PM26377186 | 12/3/2018 | 10/25/2019 | 3/30/2020 | 7/7/2023 |
| 2006 | 2006-20-102675 | 9PM26383416 | 1/11/2019 | 12/9/2019 | 3/30/2020 | 7/7/2023 |
| 2006 | 2006-20-103641 | 9PM26423204 | 6/16/2019 | 12/20/2019 | 6/2/2020 | 7/7/2023 |
| 2006 | 2006-20-103843 | 9PM26410623 | 4/17/2019 | 12/20/2019 | 6/15/2020 | 7/7/2023 |
| 2006 | 2006-20-103861 | 9PM26432767 | 7/28/2019 | 12/20/2019 | 6/16/2020 | 7/7/2023 |
| 2006 | 2006-20-103861 | 9PM26398299 | 3/9/2019 | 12/20/2019 | 6/16/2020 | 7/7/2023 |
| 2006 | 2006-20-103875 | 9PM26411399 | 4/22/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103876 | 9PM26387565 | 2/8/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103876 | 9PM26402786 | 3/21/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103876 | 9PM26417339 | 6/8/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103876 | 9PM26437154 | 8/16/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103876 | 9PM26438566 | 8/24/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103877 | 9PM26399057 | 3/15/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103901 | 9PM26406852 | 4/7/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103902 | 9PM26413395 | 5/5/2019 | 12/20/2019 | 6/17/2020 | 7/7/2023 |
| 2006 | 2006-20-103906 | 9PM26414195 | 5/22/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103907 | 9PM26430142 | 7/14/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103908 | 9PM26433773 | 8/4/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103909 | 9PM26426298 | 6/30/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103915 | 9PM26430886 | 7/22/2019 | 12/20/2019 | 6/17/2020 | 6/21/2023 |
| 2006 | 2006-20-103923 | 9PM26391948 | 2/19/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103927 | 9PM26404691 | 3/31/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103930 | 9PM26424715 | 6/22/2019 | 12/20/2019 | 6/17/2020 | 7/17/2023 |
| 2006 | 2006-20-103928 | 9PM26415317 | 5/11/2019 | 12/20/2019 | 6/17/2020 | 10/4/2023 |
| 3901 | 3901-20-108154 | 9PM26371940 | 11/5/2018 | 9/27/2019 | 3/9/2020 | 7/17/2023 |
| 3901 | 3901-20-108582 | 9PM26379273 | 12/10/2018 | 11/1/2019 | 3/17/2020 | 7/17/2023 |
| 3901 | 3901-20-109257 | 9PM26373185 | 11/12/2018 | 10/4/2019 | 3/26/2020 | 7/17/2023 |