## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **DANFOSS LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 23-00214** |

### ORDER

Before the court is Plaintiff Danfoss LLC's unopposed motion seeking to set aside the November 4, 2025 dismissal of the action, see ECF No. 15, reopen the case, and have the case remain on the Customs Case Management Calendar until October 31, 2026. See ECF No. 16.

Upon consideration of Plaintiff's unopposed motion, and upon due deliberation, it is

**ORDERED** that Plaintiff's Motion is granted; and it is further

**ORDERED** that the Dismissal in this case issued by the Clerk of the Court on November 4, 2025, is vacated; and it is further

**ORDERED** that the action is to remain on the Customs Case Management Calendar until, and including, October 31, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   November 7, 2025
         New York, New York